## OLIVER v. STATE.
### No. 21295.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

Chas. L. Nunn, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

It appearing that the appellant was regularly indicted, and that upon a proper trial of this cause he was assessed a fine of $125 by a jury, and that the cause was brought to this court without any statement of facts or bills of exception, we find nothing for this court to consider.

The judgment of the trial court is affirmed.